IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**JACKIE L. MARTIN**,

Defendant

NO. 5: 01-MJ-07-11 (CWH)

**VIOLATIONS: SUSPENDED LICENSE, ETC.**

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #13) filed herein by counsel for the United States, said motion is GRANTED, but not for the reason set forth in the government's motion. A review of the docket herein reveals that exactly five years ago, defendant JACKIE L. MARTIN entered a plea of guilty to Count II, **DRIVING ON A SUSPENDED LICENSE**. However, he never appeared for sentencing. Under these circumstances, due to the passage of time, the above-captioned proceeding is DISMISSED *with prejudice.*

SO ORDERED AND DIRECTED, this 20th day of MARCH, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE